UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENARDO ROBERTSON, an individual, DONNA ROBERTSON, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC COMMUNITY SERVICES OF WESTERN WASHINGTON, a Washington benefit corporation; D. Michael Reilly, an individual; Shirley S. Lou-Magnuson, an individual; Rodney R. Moody, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-00827-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion to Request the Correct of the Clerks Error and Reflect Exhibits A Through H in Support of the Declaration in Docket 14. Dkt. # 15. Because Plaintiffs have not identified any error in the docket, the Court DENIES the motion.

LCR 10 states that "[a]ll exhibits submitted in support of or opposition to a motion must be clearly marked with divider pages. References in the parties' filings to such exhibits should be as specific as possible (i.e., the reference should cite specific page numbers, paragraphs, line numbers, etc.)." This local rule governs the submission of exhibits only and does not mandate

ORDER - 1

that the clerk upload each exhibit as a separate attachment.  Plaintiffs correctly included divider pages between each exhibit in their filing.  In future filings referencing these exhibits, to comply with LCR 10 the parties must be specific as to which exhibit they are referencing.  For example, to reference Exhibit A of the docket entry in question, the parties may cite to "Dkt. # 14, Exh. A at [page number]."

If Plaintiffs wish to register for e-filing, they may visit https://www.wawd.uscourts.gov/representing-yourself-pro-se.  Once registered for e-filing, they may upload exhibits in future filings as separate attachments if they so choose.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 12th day of August, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2