UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENARDO ROBERTSON, an individual; and RENARDO and DONNA ROBERTSON, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC COMMUNITY SERVICES OF WESTERN WASHINGTON, a Washington public benefit corporation; D. Michael Reilly, an individual; Shirley S. Lou-Magnuson, an individual; Rodney R. Moody, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-00827<br><br>ORDER |

This matter comes before the Court on Plaintiff's Notice of Motion to Withdraw Docket 29 Pending Default Motion. Dk. # 36. The Court STRIKES the motion as moot, as Docket # 29 has already been stricken from the record. *See* Dkt. # 34.

Dated this 29th day of September, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1