|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| RENARDO ROBERTSON, an individual, and RENARDO AND DONNA ROBERTSON and their marital community, | | Civil Action No.  2:22-cv-00827-JHC |
| Plaintiffs, | | ORDER GRANTING DEFENDANTS D. MICHAEL REILLY AND SHIRLEY S. LOU-MAGNUSON'S MOTION FOR RELIEF FROM DEADLINES |
| vs. | | |
| CATHOLIC COMMUNITY SERVICES OF WESTERN WASHINGTON, a Washington benefit corporation, | | |
| D. Michael Reilly, an individual, Shirley S. Lou-Magnuson, an individual, Rodney R. Moody, an individual, | | |
| Defendants. | | |

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court upon Defendants D. Michael Reilly and Shirley S. Lou-Magnuson's Motion for Relief from Deadlines (Dkt. # 45), and the Court having reviewed the following documents:

1. Defendants D. Michael Reilly and Shirley S. Lou-Magnuson's Motion for Relief from Deadlines; and

2. Declaration of Rachel Tallon Reynolds in Support of Defendants D. Michael Reilly and Shirley S. Lou-Magnuson's Motion for Relief from Deadlines.

The Court **ORDERS** that Defendants D. Michael Reilly and Shirley S. Lou-Magnuson's

1  Motion for Relief from Deadlines is **GRANTED**.  Good cause exists to continue the deadlines
2  for initial disclosures, the joint status report, and the discovery plan.  If the Court denies the
3  pending motion to dismiss (Dkt. # 27), the Court will set new deadlines for these matters.
4      It is so Ordered.
5      DATED: October 13, 2022.

                                              _____
                                              THE HONORABLE JOHN H. CHUN