UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENARDO ROBERTSON, an individual; and RENARDO and DONNA ROBERTSON, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC COMMUNITY SERVICES OF WESTERN WASHINGTON, a Washington public benefit corporation; D. Michael Reilly, an individual; Shirley S. Lou-Magnuson, an individual; Rodney R. Moody, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-00827<br><br>ORDER |

This matter comes before the Court on Plaintiff Renardo Robinson's Motion for Reconsideration. Dkt. # 48. The Court concludes that there was no manifest error in the prior ruling, *see* LCR 7(h), and therefore DENIES the motion.

Dated this 18th day of October, 2022.

John H. Chun
United States District Judge

ORDER - 1