UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENARDO ROBERTSON, an individual; and RENARDO and DONNA ROBERTSON, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>CATHOLIC COMMUNITY SERVICES OF WESTERN WASHINGTON, a Washington public benefit corporation; D. Michael Reilly, an individual; Shirley S. Lou-Magnuson, an individual; Rodney R. Moody, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-00827<br><br>ORDER |

This matter comes before the Court on Plaintiff Renardo Robertson's "Unopposed Motion for Relief from a Clerical Mistake or Oversight and Omission in the Civil Docket for Case # 2:22-CV-00827-JHC." Dkt. # 59. The motion is based on Plaintiff's apparent misunderstanding of the docket. The ECF entry at Dkt. # 49 does not reflect that Dkt. # 41 was stricken; rather, it reflects a modification to identify the motion (Dkt. # 27) to which the filing was responding. As the record reflects, the Court did not strike the filing at Dkt. # 41, which was a motion; rather, the Court denied that motion at Dkt. # 55. Accordingly, the Court DENIES the pending motion.

ORDER - 1

Dated this 14th day of November, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2